UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WARREN FORD,
Plaintiff,

vs. Case No.: 3:24cv570/LAC/ZCB

CHRISTOPHER HUGHES, et al.,
Defendants.
_____________________________/

# ORDER

Defendants have filed a motion to dismiss and a motion to stay discovery pending disposition of the motion to dismiss. (Docs. 27, 28). Plaintiff opposes both motions. (Docs. 31, 32).

The Court has authority to stay discovery pending consideration of a potentially dispositive motion to dismiss. *Feldman v. Flood*, 176 F.R.D. 651, 652 (M.D. Fla. 1997). When deciding whether to grant a stay, the Court should take a "preliminary peek" at the motion to dismiss to determine whether "there appears to be an immediate and clear possibility" that the motion will be granted and then "balance the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery."

*GRLPWR, LLC v. Rodriguez*, No. 3:23cv16480, 2023 WL 11760558, at *1 (N.D. Fla. Aug. 4, 2023) (cleaned up).

The Court has taken a "preliminary peek" at the motion to dismiss and finds a substantial basis to believe that it is likely to be granted on qualified immunity grounds. For this reason, the Court will stay discovery.

Accordingly, it is **ORDERED**:

Defendants' motion to stay discovery (Doc. 28) is **GRANTED**. The discovery deadline and deadline for filing dispositive motions are **STAYED** until further order.

**SO ORDERED** this 19th day of May 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge