# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**KENNETH WARREN FORD,**

    *Plaintiff,*

v.                               **Case No.: 3:24cv570-MW/ZCB**

**CHRISTOPHER HUGHES, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 64. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 64, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 53, is **DENIED**. This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on June 18, 2026.**

                             **s/Mark E. Walker**
                             **United States District Judge**