UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WARREN FORD,
Plaintiff,

vs. Case No.: 3:24-cv-570-MW-ZCB

CHRISTOPHER HUGHES, et al.,
Defendants.
_______________________________/

**ORDER**

On April 29, 2025, Defendants filed a motion to dismiss and moved to stay discovery pending resolution of that motion to dismiss. (Docs. 27, 28). The Court granted the motion to stay on May 19, 2025, and stayed the deadlines for discovery and dispositive motions until further order. (Doc. 33).

Plaintiff later filed a second amended complaint (Doc. 40) and Defendants filed a second motion to dismiss (Doc. 53).[1] The second motion to dismiss was denied on June 18, 2026, and the case was referred back to the undersigned for further proceedings. (Doc. 65). Plaintiff has now moved to re-open discovery. (Doc. 66). No response by Defendants

[1] Defendants' initial motion to dismiss (Doc. 27) was mooted by the filing of the second amended complaint. (*See* Doc. 50). The discovery stay, however, remained in effect.

is necessary. Because all motions to dismiss have now been resolved, the Court sees no reason why the discovery stay should not be lifted and new deadlines established.

Accordingly, it is **ORDERED** that:

1. Plaintiff's motion to re-open discovery (Doc. 66) is **GRANTED** to the extent that the discovery stay imposed on May 19, 2025, (Doc. 33) is hereby **LIFTED**.

2. Defendants' answer to Plaintiff's second amended complaint (Doc. 40) is due within **fourteen days** of the date of this order. *See* Fed. R. Civ. P. 12(a)(4)(A).

3. The **due date** of any requested discovery must be no later than **August 14, 2026**.[2]

4. Dispositive motions, including any motion asserting an affirmative defense or a motion for summary judgment, must be filed no later than **September 4, 2026**.

[2] Because approximately half of the discovery period had expired when the stay was imposed, (Docs. 21, 33), the new deadlines are roughly commensurate with the time remaining for discovery when the stay took effect.

5. All matters not addressed in this order remain subject to the Court's initial case management and scheduling order (Doc. 21).

**DONE AND ORDERED** this 23rd day of June 2026.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge