UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WARREN FORD,
Plaintiff, CASE NO: 3:24cv570/MW/ZCB

v.

CHRISTOPHER HUGHES, et al.,
Defendants.
/

Provided to South Bay Corr. and Rehab. Facility on 6-30-26 for mailing.

PLAINTIFFS' NOTICE OF WRITTEN OBJECTIONS

Pursuant to the applicable authorities in law, equity, justice & Fed.R.Civ.P.Rule 46 Plaintiff, Kenneth Ford states the following:

1. On or about April 2, 2025 this Court ORDERED CASE MANAGMENT & SCHEDULING ORDER for plaintiff to engage in DISCOVERY.

2. Subsequently, the very next month on May 19, 2025 this Court STAYED DISCOVERY for reasons which Defense Counsel believed could have this suit DISMISSED.

3. At that time, Plaintiff had sent DISCOVERY request to Defense Attorney which were answered to no avail due to her "OBJECTING" to nearly every INTERROGATORY or ADMISSION under the guise that it was VAGUE & UNCLEAR due to plaintiff abbreviating Correctional Institution with C.I. Defense attorney argued while it GENERALLY means Correctional Institution, she could not be sure & for that reason, refused to properly answer and/or respond to any of plaintiffs DISCOVERY request.

4. In addition, after Defense Attorney Motion To Dismiss had been DENIED & Plaintiffs Request to Re-open Discovery had been Granted, she scheduled a phone call and contacted Plaintiff at South Bay Corr. & Rehab Facility regarding his

FILED USDC FLND PN
JUL 6 '26 PM3:44 CF

views about the time period for her to respond to OUTSTANDING DISCOVERY request. At that point, Plaintiff advised her of her previous responses including the fact that none of his DISCOVERY had been properly responded to. He further advised that he had no issues with the time she needed to respond to OUTSTANDING DISCOVERY as long as she properly responded to all of his request including the ones she's OBJECTED to prior & yes, C.I. stood for Correctional Institution.

5. Defense attorney refused all efforts to peacefully & fairly resolve the issue & resumed to mislead the courts with half truths concerning DISCOVERY issues.

6. The response deadline for all DISCOVERY request served prior to May 19, 2025, discovery stay being extended to July 27, 2026 while keeping the remainder of the Courts order lifting the stay in effect is unreasonable and totally unfair in light that it provides Defense attorney a longer period to respond to DISCOVERY request that were cut short due to the STAY while forcing Plaintiff to focuss on Summary Judgment preparation in the absence of proper time needed to gather evidence in support. Combined with Defense Attorney unwillingness to cooperate during DISCOVERY & fact that he may have to file for motions for sanctions & motions to compel in order to get her to do so this is burdensome. Defendants still have not ANSWERED his SECOND AMENDED COMPLAINT yet he has been ORDERED to complete his DISCOVERY on or by July 14, 2026 or before they even ANSWER.

7. For these reasons, a reasonable DEADLINE to engage in DISCOVERY should be re-set. For instance, in April 2025 before DISCOVERY was STAYED, the end date to engage was July 2, 2025 which was approximately (2) two months. Those (2) two months should be ~~re~~stored & Plaintiff's end date to engage in DISCOVERY should be

re-set to somewhere near the ending of August or early September 2026.

WHEREFORE Plaintiff Kenneth Ford prays that his Notice of Written Objection is granted and that his Discovery deadline is re-set for reasons aforementioned stated.

Honorably Submitted,

signed this 30 day of June 2026

KENNETH FORD DC#167315
SOUTHBAY CORR. & REHAB FACILITY
600 U.S. HIGHWAY 27 SOUTH
SOUTHBAY, FLORIDA 33493-2233

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true & correct copy of the foregoing has been furnished into the hands of prison officials at SouthBay in South Bay, Florida 33493 for mailing via U.S. Postal Service Mail on this 30 day of June, 2026

/s/ KENNETH FORD DC#167315

KENNETH FORD DC# 167315
SOUTH BAY CORR. & REHAB FACILITY
600 U.S. HIGHWAY 27 SOUTH
SOUTHBAY, FLORIDA 33493-2233

WEST PALM BCH FL 334
2 JUL 2026 PM 2

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
07/01/2026 ZIP 33493
043M31235626
US POSTAGE

UNITED STATES DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502

32502-566599

LEGAL MAIL

JUL 06