UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WARREN FORD,
    Plaintiff,

vs.                              Case No.:  3:24-cv-570-MW-ZCB

CHRISTOPHER HUGHES, et al.,
    Defendants.

_____/

## **ORDER**

The Court recently granted Plaintiff's motion to re-open discovery (Doc. 66), lifted the discovery stay, and set a new discovery deadline of August 14, 2026.  (Doc. 67).  The Court subsequently modified that order by extending the deadline to respond to pre-stay discovery requests to July 27, 2026, with all post-stay discovery request deadlines being governed by the Federal Rules of Civil Procedure.  (Doc. 69).  The August 14, 2026, discovery deadline, however, remained unchanged.  (*Id.*).

Plaintiff has now filed a notice of objections, which the Court construes as a request to extend the discovery deadline to "the ending of August or early September 2026."  (Doc. 73).  Defendants do not oppose extending the discovery deadline to late August or early September.  (Doc. 75).  Defendants also request that if the discovery deadline is

1

extended, the summary judgment deadline be extended to "mid-October or the end of October." (*Id*.).  For good cause shown, the Court will grant the request to extend the discovery deadline and will also extend the corresponding dispositive motions deadline.

Accordingly, it is **ORDERED** that:

1.    Plaintiff's request to extend the discovery deadline (Doc. 73) is **GRANTED**.

2.    The due date of any requested discovery must be no later than **September 16, 2026**.[1]

3.    Dispositive motions, including any motion asserting an affirmative defense or a motion for summary judgment, must be filed no later than **October 16, 2026**.

4.    All matters not addressed in this order remain subject to the Court's prior scheduling orders.  (Docs. 21, 67, 69).

**DONE AND ORDERED** this 17th day of July 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] As with the prior deadlines, the Court is adding a few days to the requested date to account for prison mailing delays.  (*See* Doc. 74 at 1 nn. 1-2).

2