UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WARREN FORD,
Plaintiff, CASE NO.: 3:24cv570/MW/ZCB

v.

CHRISTOPHER HUGHES, et. al,
Defendants.
/

PLAINTIFFS MOTION FOR EXTENSION OF TIME

Pursuant to ~~the~~ the applicable authorities in law, equity, and justice Plaintiff, Kenneth Ford states the following:

1. Plaintiff transfered from SouthBay on August 17, 2026. At that time he was on registered deadline time via Document #67 to file Dispositive motions, including any motion asserting an affirmative defense or a motion for summary judgment no later than September 4, 2026 see EX#A, Doc#67.

2. As a result of staples in his abdomen, etc. when Plaintiff arrived at South Florida Reception Center his legal work and property was stored in property whereas he had no access to it until he transfered.

3. On August 24, 2026 Plaintiff while at South Florida Reception Center name was on the legal mail callout to pick-up mail yet he transferred to Central Florida Reception Center before legal mail officials arrived to deliver mail.

4. Once Plaintiff arrived at Central Florida Reception Center his property and legal work was stored in the property room then he was escorted to medical whereas he received multiple passes as a result of his medical condition, see EX#B

5. On August 25, 2026 Plaintiff was transfered from Central Florida Reception Center to Raiford Medical Center West Unit whereas his property was stored and staples in his abdomen removed.

6. On August 26, 2026 Plaintiff transfered from Raiford Medical

FILED USDC FLND PN
SEP 24 '26 AM10:35

Center West Unit to North Florida Reception Center West Unit whereas his property was stored as a result of his medical condition and not being able to lift or carry it.

7. Subsequently, on August 31, 2026 Plaintiff transferred from North Florida Reception Center to Graceville Corr. Facility. At that time Property Sgt. Mann advised that per rule his legal box had to be stored and he should notify Law Library via Inmate Request that he was on deadline so that his box could be stored at the law library, see EX#C

8. For that reason, Plaintiff submitted an INMATE REQUEST regarding the aforementioned. see EX.# D

9. On September 4, 2026 Plaintiff received re-route mail from South Bay and/or South Florida Reception Center Document #85 from this Court. It should be noted that said ORDER was dated August 28, 2026 and Plaintiff had no idea that the discovery deadline had been moved to September 16, 2026

10. In addition, the ORDER entered automatically began the discovery clock deeming any discovery tardy as Defendants have to respond within (30) thirty days of receiving discovery request.

11. Further, once Plaintiff arrived at the Law Library he was unable to obtain his legal box from Property due to the Law Librarian being absent.

12. On September 8, 2026 the law librarian was present and Plaintiffs legal box was delivered to the law library from Property Room.

13. On September 15, 2026 Plaintiff received Doc. #76; Doc. # 79; Doc.# 82; and Doc.# 85

14. Said ORDERS were in relation to different motions Plaintiff filed pertaining to extending his deadline(s) for DISCOVERY and all ORDERS noted that the ORDERS would be resent as a result of Plaintiff constantly advising that he had not received them (in one way or another).

15. The mailing inconviences beyond Plaintiffs control as a result of transferring render compliance impossible and place Plaintiff in immediate violation through no fault of his own.

16. Plaintiff is not refusing discovery, but requesting fair timing.

17. This motion is made in good faith and seeks only a reasonable opportunity to comply with discovery obligations.

18. It should be noted that Plaintiff has been to the law library (5) five times since his arrival at Graceville and at each time had only approximately (20) twenty-minutes to engage in legal research, obtain copies, etc. yet even with due diligence he is unable to meet his deadline.

WHEREFORE Plaintiff Kenneth Ford request an additional (30) thirty days to engage in Discovery with an additional amount of days for mailing inconveniences beyond his control. Plaintiff request that this Court be mindful of his need to engage in Discovery and Defendants obligation to respond within (30) thirty days. Further, Plaintiff prays that his ~~MOTION FOR~~ EXTENSION OF TIME IS GRANTED

HONORABLY SUBMITTED,

this 16 day of September 2026 /S/

KENNETH FORD DC# 167315
GRACEVILLE CORRECTIONAL FACILITY
5168 EZELL ROAD
GRACEVILLE, FLORIDA 32440

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished into the hands of prison officials at: Graceville in Graceville, Florida 32440 for mailing via U.S. Postage Service mail on this 16 day of September 2026

/S/

KENNETH FORD DC# 167315

KENNETH FORD DC#167315
GRACEVILLE CORRECTIONAL FACILITY
5168 EZELL ROAD
GRACEVILLE, FLORIDA 32440

quadient
FIRST-CLASS MAIL
IMI
$001.36º
09/17/2026 ZIP 32440
043M31265125
US POSTAGE

SEP 24 2026

UNITED STATES DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502

Provided to Graceville Correctional Facility on 9.17.24 for mailing, by [signature]