UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WARREN FORD,
Plaintiff, CASE NO.: 3:24cv 570/MW/ZCB

v.

CHRISTOPHER HUGHES, et.al,
Defendants,
/

PLAINTIFFS' EXHIBIT LIST IN SUPPORT

Kenneth Ford states:

1. Exhibit #A (title, description, date) Legal Access Worksheet from SouthBay Granting Priority Deadline FROM: 8/17/2026 UNTIL: 9/04/2026 dated 8.10.26
2. Exhibit #B (title, description, date) Florida Department Of Corrections Health Slip/Pass dated 8-24-26
3. Exhibit #C (title, description, date) Florida Department Of Corrections Inmate Property list (see top left corner Legal Box Stored) dated 8-31-26
4. Exhibit #D (title, description, date) STATE OF FLORIDA DEPARTMENT OF CORRECTIONS INMATE REQUEST, Requesting to be placed on scheduled law library callout & legal box delivered dated 8-31-26 responded to: 9-2-26

Honorably Submitted,

dated September 16, 2026 /S/ KENNETH FORD DC#167315

FILED USDC FLND PN
SEP 24 '26 AM10:35

# LEGAL ACCESS WORKSHEET

***Please attach this form to a signed DC6-136 Inmate Request Form to formally request Priority Acces and the legal document(s) to Justifying Deadline***

Date: **Monday, August 10, 2026**

FORD, KENNETH — Name

Y91394 — DC#:

M3-209 — Housing Location

Are you within 20 days of your deadline? ☐ YES ☐ NO. If NO, what date does the 20th day from your deadline fall on: 8/15/2026

Type of filing (State or Federal motion): FEDERAL Case#: 3:24-cv-00570-MW-ZCB

Court's order dated on: 6/23/2026

Rule[s] cited to justify deadline (if applicable): ____________

Does your deadline fall on a holiday or weekend: ☐ YES ☐ NO

Your proposed starting date and your deadline date below.

**FROM: 8/17/2026 UNTIL: 9/04/2026**

## LEGAL ACCESS RULES

**PRIORITY ACCESS TO THE LAW LIBRARY WILL BE AFFORDED TO AN INMATE ONLY UNDER THE FOLLOWING CONDITIONS OR RULES:**

Rule 1. Must have a court-imposed or a court rule deadline of 20 days or fewer. FDOC Rule 33-501.301(3)(f)1.

Rule 2. Must present the Librarian and/or Library staff with written proof of an existing legal deadline for confirmation, togeth with a completed inmate request for priority access.

Rule 3. Requests for priority access in the Law Library, without written proof of an existing legal deadline will be disapproved.

Rule 4. Requests for priority access will be responded to within 3 working days from the day the Library receives the request.

Rule 5. Upon confirmation and approval, priority access will provide the inmate 3 full days in succession each week until deadline

Rule 6. The Librarian or Library staff will determine the days the inmate will receive priority access in the use of the Law Library.

Rule 7. Active cases in court, without an impending legal deadline, do not qualify for priority access to the Law Library.

Rule 8. Priority Legal Access is considered an official call-out. Failure to report at your approved time could result in the remainde of your access being discontinued

**INMATES GRANTED PRIORITY ACCESS IN THE USE OF THE LAW LIBRARY ARE EXCUSED FRO WORK AND PROGRAM ASSIGNMENT FOR APPROVED PRIORITY ACCESS DAYS ONLY.**

Inmate Signature

Monday, August 10, 2026
Date

The deadline and rule have been verified by: ____________

TB321-CFRC-EAST
7C01 H C Kelley Rd. Orlando, FL 32831
4072077777 Fax: 4072754090

**KENNETH W FORD**
DC#: 167315
Race/Sex: Black or African American / Male
DOB: 01/07/1986
Fa cility: 321-CFRC-EAST

**08/24/2026 - FL Provider Visit: Health Slip Pass•**
**Provider: Asif Khan, MD, Physician, Centurion**
**Location of Care: 321-CFRC-EAST**

## FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH SLIP/PASS

Other Pass 1 - Specify • Start: 08/24/2026 • End: 11/24/2026
Cc mments: no prolonged standing > 30 mins
Authorized By: Asif Khan, MD, Physician, Centurion

Other Pass - Specify • Start: 08/24/2026 • End: 02/24/2027
Comments: no push pull or lift > 10 pounds
Authorized By: Asif Khan, MD, Physician, Centurion

Low Bunk Pass • Start: 08/24/2026 • End: 02/24/2027
Comments: low tier
Authorized By: Asif Khan, MD, Physician, Centurion

Health Slip/Pass
DC4-701D (Revised 6/29/16)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration

Legal Box (1)

**Florida Department of Corrections**
**Inmate Property List**
**(Please Print)**

Inmate Name: Ford Kenneth    Number: 167315
Institution: GCC    Date: 8/31/24

| Item | Number | ID # | Requested Disposition | Final Disposition | Date | Officer's Initials | Inmate's Initials |
|---|---|---|---|---|---|---|---|
| Hyg. Pack | 1 | — | R | R | 8/31/24 | Cm | [illegible] |
| Cross | 1 | 8 | R | R | 8/31/24 | Cm | [illegible] |
| Slim Hat | 1 | — | R | R | 8/31/24 | Cm | [illegible] |
| Mis Hyg. | — | — | R | R | 8/31/24 | Cm | [illegible] |
| mis Legal | — | — | R | R | 8/31/24 | Cm | [illegible] |
| mis paper | — | — | R | R | 8/31/24 | Cm | [illegible] |
| Books | 1 | 10 | R | R | 8/31/24 | Cm | [illegible] |
| Poncho | 1 | — | R | R | 8/31/24 | Cm | [illegible] |
| Brush | 1 | — | R | R | 8/31/24 | Cm | [illegible] |
| Shorts | 1 | 2x | R | R | 8/31/24 | Cm | [illegible] |
| Coffee Cup | 1 | — | R | R | 8/31/24 | Cm | [illegible] |
| Bowl | 1 | X | R | R | 8/31/24 | C | [illegible] |

Cash Total Amount: 0    Retained: 0    Amount Deposited: 0

( ) I agree to mail the above items marked M from my own funds.

( ) I agree to have the above items marked U picked up by the person named below.

( ) I do not have the necessary funds for postage. However, I will obtain the necessary funds during the thirty (30) days allowed for disposition of these items.

( ) I agree that the above items marked D be disposed of by the state.

( ) I acknowledge receipt of items marked I. I understand I am responsible for the care, use, and security of these items.

Request Items be Mailed To or Picked Up By:

Name: ______________________

Address: ______________________

Witness: [signature] Signature of Officer    CO Rank

GCC Institution or Community Facility    8/31/24 Date

[signature] Signature of Inmate    167315 Inmate Number    8-31-26 Date

**Distribution:**
ORIGINAL -- To inmate's Personal Property file

COPY -- To inmate when property is collected
COPY -- To property room when property is collected
COPY -- In package being mailed home, picked up, or to inmate in case items are forfeited

**Disposition Symbols indicate:**

D - Dispose    P - Personal
F - Forfeited    R - Return to inmate
I - Issued    S - Stored
L - Lost/stolen    U - To be picked up
M - To be mailed    W - Worn out

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number:
Team Number:
Institution:

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ ~~Dental~~ ☑ Other LAW LIBRA[RY]

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | FORD, KENNETH | 167315 | A2-115L | DEADLINES | 8-31-2[6] |

REQUEST RE: DEADLINE VERIFICATION/CALLOUT, etc. ☐ Check here if this is an informal grievance

Kind greetings for consideration of the following:

1. Inmate arrived on 8-31-26 with active Deadlines which were verified at South Bay before transferring

2. Legal Box was stored in property which property Sgt. advised inmate to submit this request so that active legal box & material can be placed inside the law library when inmate is scheduled via deadlines.

3. Inmate kindly request to be placed on scheduled callout for deadline &/or verification along with legal box stored in law library for active use... Thanks

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signature] DC#: 167315

RECEIVED SEP 02 2026 BY:

DO NOT WRITE BELOW THIS LINE

**RESPONSE** DATE RECEIVED:

Bring a copy of the order imposing the deadline to the Library for deadline registration

~~YOU WILL BE PLACED ON A CALLOUT!~~

IT'S YOUR RESPONSIBILITY TO CHECK WITH THE DORM OFFICER REGARDING IF YOU ARE ON THE CALL OUT FOR THE LIBRARY ONCE YOU RECEIVE A RESPONSE FROM THE LIBRARY.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ____________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): Official (Signature): [signature] Date: 9/2/26

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished into the hands of prison officials for mailing via U.S. Postage Service mail on this 16 day of September, 2026 to officials at Graceville in Graceville, Florida 32440

/s/ KENNETH FORD DC# 167315

KENNETH FORD DC#167315
GRACEVILLE CORRECTIONAL FACILITY
5168 EZELL ROAD
GRACEVILLE, FLORIDA 32440

quadient
FIRST-CLASS MAIL
IMI
$001.36⁰
09/17/2026 ZIP 32440
043M31265125
US POSTAGE

SEP 24 2026

UNITED STATES DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502

Provided to Graceville Correctional Facility on 9.17.24 for mailing, by [signature]