**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**KENNETH WARREN FORD,**

***Plaintiff*,**

**v.** **Case No.: 3:24cv570-MW/ZCB**

**CHRISTOPHER HUGHES, et al.,**

***Defendants*.**
______________________________/

**ORDER DENYING MOTION FOR EXTENSION**

Pending before this Court is Plaintiff's *pro se* motion for extension of time to engage in discovery. ECF No. 91. However, after Plaintiff mailed his *pro se* motion, Mr. Cook entered an appearance on Plaintiff's behalf. ECF No. 89. Accordingly, inasmuch as Plaintiff is now represented by counsel, his *pro se* motion for extension is **DENIED**. If Plaintiff's counsel believes an extension is necessary, he may file the appropriate motion with this Court.

**SO ORDERED on September 25, 2026.**

**s/Mark E. Walker**
**United States District Judge**