**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**KENNETH WARREN FORD,**

***Plaintiff*,**

**v.** **Case No.: 3:24cv570-MW/ZCB**

**CHRISTOPHER HUGHES, et al.,**

***Defendants*.**

______________________________/

**ORDER GRANTING UNOPPOSED CORRECTED MOTION FOR CORRECTIONS PROTECTIVE ORDER**

Pending before this Court is Plaintiff's unopposed corrected motion for corrections protective order. ECF No. 97. The unopposed motion is **GRANTED**. The proposed corrections protective order attached to the motion, ECF No. 97-1, is incorporated by reference as if fully set forth herein. Lastly, inasmuch as this Court has granted the corrected motion, ECF No. 97, the original motion, ECF No. 93, is **DENIED as moot.**

**SO ORDERED on October 1, 2026.**

**s/Mark E. Walker**
**United States District Judge**