**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**KENNETH WARREN FORD,**

***Plaintiff*,**

**v.** **Case No.: 3:24cv570-MW/ZCB**

**CHRISTOPHER HUGHES, et al.,**

***Defendants*.**
____________________________/

**ORDER GRANTING OPPOSED MOTION FOR EXTENSION**

This Court has considered, without hearing, Plaintiff's opposed motion for extension of the discovery deadline. ECF No. 99. This Court recognizes that Defendants oppose the motion. However, this Court agrees with Plaintiff that a brief extension of the discovery deadline is warranted. Likewise, this Court concludes that an extension of the deadline to file dispositive motions is also appropriate. Accordingly, Plaintiff's motion, ECF No. 99, is **GRANTED**. The discovery deadline is extended to **November 10, 2026**. The deadline to file dispositive motions is also extended to **on or before December 1, 2026.**

**SO ORDERED on October 5, 2026.**

**s/Mark E. Walker**
**United States District Judge**